UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:06CV287

| | |
|---|---|
| BARBARA DEVEREAUX,<br><br>　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Consented to Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g)" (Document #5) filed October 3, 2006 to remand the cause for further administrative proceedings. Plaintiff consents to this motion.

On remand to the Commissioner, the Administrative Law Judge will: 1) consider the evidence submitted to the Appeals Council and any updated evidence the plaintiff supplies; 2) add to the record the reconsideration DDS assessments; 3) provide a new residual functional capacity assessment, and if plaintiff's mental impairment is found to be non-severe, explain why DDS opinion was not followed; 4) obtain additional vocational expert evidence that considers all of the plaintiff's physical and mental limitations; and 5) issue a new decision.

Pursuant to the power of this Court to enter a remand to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g), and in light of the parties' request to remand this action for further proceedings, the Motion for further proceedings under sentence six of 42 U.S.C. § 405(g) shall be granted. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). No judgment will be entered in this matter at this time.

**IT IS, THEREFORE, ORDERED** that the "Consented to Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g)" (Document #5) is **GRANTED.**

Signed: October 4, 2006

David C. Keesler
United States Magistrate Judge