# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:06CV287-DCK

| | |
|---|---|
| BARBARA DEVEREAUX, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| MICHAEL J. ASTRUE[1]/ Commissioner of Social Security, | ) ) ) ) |
| Defendant | ) |

## ORDER

The defendant, Michael J. Astrue, the Commissioner of Social Security ("Commissioner"), has moved this Court for entry of judgment affirming his final favorable decision issued in this case. On October 4, 2006, this Court granted the defendant's *Consented To Motion To Remand Pursuant To Sentence Six of 42 U.S.C. §405(g)* and remanded the case to the Commissioner, pursuant to *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993) and *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). After this case was remanded, Plaintiff amended her alleged onset date from April 3, 2001, to November 18, 2004, and based on the changed onset date, a new decision was issued on July 24, 2007. This decision constitutes the Commissioner's final decision in this case subsequent to the above-noted remand.

No contested issues remain in this case. Therefore, pursuant to the power of this court to enter a judgment, this court hereby **AFFIRMS** the Commissioner's final decision after remand in this case.

---

[1]/    On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

Signed: April 24, 2008

David C. Keesler
United States Magistrate Judge