# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Barbara Devereaux,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-CV-287

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/24/2008 Order.

Signed: April 25, 2008

Frank G. Johns, Clerk
United States District Court