# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06CV287-DCK

| | |
|---|---|
| BARBARA DEVEREAUX (now TORRENCE), | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on May 23, 2008 (Document No. 10). By "Response To Plaintiff's Applications For Attorney's Fees and Costs Under The Equal Access To Justice Act" (Document No. 12), filed May 27, 2008, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of attorney's fees in the amount of $2,049.77, and costs and expenses in the amount of $364.64.

**IT IS, THEREFORE, ORDERED:**

1. Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" (Document No. 10) is **GRANTED**, to the extent that counsel for Plaintiff shall be paid the sum of $2,049.77 for attorney's fees, and $364.64 for costs and expenses.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: May 30, 2008

David C. Keesler
United States Magistrate Judge